IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL G. LILJA,

      Appellant,

v.

MAYO CORR. INST.
OFFICIAL'S, ET AL.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5847

Opinion filed March 11, 2016.

An appeal from an order of the Circuit Court for Leon County.
George S. Reynolds, III, Judge.

Michael G. Lilja, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and R. Lee Page Jr., Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee, for Appellees.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of February 8, 2016, the appeal is dismissed without prejudice to seek review upon rendition of a final order in this matter. See Baldwin v. Crosby, 905 So. 2d 250 (Fla. 1st DCA 2005) (concluding "proper remedy is to file a motion in the circuit court seeking

[removal of lien and restoration of funds collected], secure a ruling, and if necessary raise the issue when appellate review is sought of any final order in the proceedings below").

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.